UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JARAD BONIN | CIVIL ACTION NO. 17-0637 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| LOUIS ACKAL, ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 22], to the extent ADOPTED, and for those additional reasons in this Court's Ruling, and after a *de novo* review of the entire record, including the parties' objections and responses,

IT IS ORDERED, ADJUDGED, and DECREED that Defendant City of New Iberia's Motion to Dismiss [Doc. No. 8] is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED as to Plaintiff's Section 1983 claims against the City, and these claims are DISMISSED WITH PREJUDICE. The motion is DENIED to the extent the City seeks immunity from Plaintiff's state law negligence claim. The City may raise its affirmative defense at a later stage.

MONROE, LOUISIANA, this 23rd day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE